879 F.2d 859
 Powell (David M., Annette)
v.
GAF Corporation, Celotex Corp., Succesor in Interest to
Philip Carey Mfg. Co., Philip Carey Corp., Briggs Mfg. Co.,
and/or Panacon Corp., Keene Building Products Corp., Eagle
Picher Ind. Inc., Forty Eight Insulations, Inc., Owens
Corning Fiberglas Corp., Owens IL, Inc., Combustion
Engineering Inc., AC&S Inc., Atlas Turner, Inc., Crown Cork
& Seal, Inc., Empire Ace Insulation Mfg. Corp., Flintkote
Co., Rockwool Mfg. Co., Armstrong World Ind., Inc., John
 NO. 88-3688
 United States Court of Appeals,
Third Circuit.
 JUN 06, 1989
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.